IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 90-CR-26 |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JORGE MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 931), pursuant to Federal Rule of

Criminal Procedure 48(a),  leave of court is granted for the filing of the dismissal of the

Indictment against Jorge Morales.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 931) is granted.

Dated this 1st day of February, 2010.

BY THE COURT:

/s Joseph  F. Bataillon9

JOSEPH F. BATAILLON
Chief United States District Judge